| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd. |
| | Suite 240 |
| 2 | Sherman Oaks, CA  91403 |
| | Telephone:  (818) 933-5700 |
| 3 | Facsimile:  (818) 933-5755 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                                          )         CHAPTER 13
   Fredy Humberto Villela                          )         CASE NO. SV10-18383-MT
   Fredy H Villela                                        )
   8116 Ponce Avenue                               )         **NOTICE OF RESCHEDULED FIRST**
   West Hills, CA  91307                             )         **MEETING OF CREDITORS**
                                DEBTOR          )

                                DATE:       August 10, 2010
                                TIME:       10:00 am
                                PLACE:     21051 Warner Center Lane.
                                               Suite 105
                                               Woodland Hills, CA 91367

PLEASE TAKE NOTICE THAT at the time and place listed above the following will be held:

**341(A) MEETING OF CREDITORS**

DATED:  July 23, 2010

*Elizabeth F Rojas*
_____
Elizabeth Rojas
Chapter 13 Standing Trustee

Page 1 of 2 - Case No. SV10-18383-MT

<u>PROOF OF SERVICE</u>

  I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, and that on <u>July 23, 2010</u> electronic copies were filed with the US Bankruptcy Court Central District of California and mailed copies were served to:

| | |
|---|---|
| Fredy Humberto Villela<br>8116 Ponce Avenue<br>West Hills, CA  91307 | Leroy Bishop Austin<br>L.Bishop Austin & Associates<br>3250 Wilshire Blvd Ste 1500<br>Los Angeles, CA  90010-1502 |

Executed at Sherman Oaks California on July 22, 2010